# In the United States Bankruptcy Court for the Northern District of Indiana South Bend Division

| | |
|---|---|
| In the Matter of<br><br>DIANA LIN SANTOS,<br><br>Debtor. | Case No. 13-32879<br>Chapter 7 |

## Motion to Approve Settlement

Trustee, Jacqueline Sells Homann, by counsel, requests that the court approve the proposed settlement, and in support of the same, states as follows:

1. The Debtor filed her bankruptcy petition on October 7, 2013.

2. One of the assets that the Trustee found was that the debtor was involved in a class action lawsuit regarding a product liability claim.

3. The Trustee engaged special counsel, who had been hired by the debtor to represent her in connection with the class action lawsuit.

4. The Trustee has been notified that a settlement has been reached with the defendant.

5. Defendant is paying $100,000, less court ordered assessments and attorney's fees, $55,672.06 to the bankruptcy estate for the benefit of debtor's creditors. See the proposed settlement statement attached as Exhibit A.

6. Special counsel has recommended participation in the proposed settlement.

Therefore, the Trustee prays that she be allowed to execute the necessary documents to participate in the allocation and settlement, and for all other just and proper relief.

Dated: March 7, 2022

/s/ Jacqueline Sells Homann
Jacqueline Sells Homann
Jones Obenchain, LLP
130 South Main Street
Suite 400
Post Office Box 4577
South Bend, Indiana 46634-4577
Telephone: (574) 233-1194
Facsimile: (574) 233-8957
Email: jshtrustee@jonesobenchain.com

## Certificate Of Service

I hereby certify that on March 7, 2022, a true and correct copy of the above and foregoing Motion to Approve Settlement was served by depositing in the United States mail, correct postage prepaid, upon the following parties:

| | |
|---|---|
| James K. Tamke<br>tamke@attorney-cpa.com | United States Trustee<br>ustpregion10.so.ecf@usdoj.gov |
| D. Chad Aaronson<br>Aaronson and Rash, PLLC<br>6200 Savoy Dr., Ste. 950<br>Houston, TX 77036 | Erin K. Copeland<br>Fibich, Leebron, Copeland & Briggs LLP<br>1150 Bissonnet Street<br>Houston, TX 77005 |

/s/ Jacqueline Sells Homann
Jacqueline Sells Homann





## Diana Santos
### BANKRUPTCY SETTLEMENT STATEMENT

| | | | |
|---|---|---|---|
| **GROSS SETTLEMENT** | | | $100,000.00 |
| **COURT-ORDERED ASSESSMENT (8%)** | | $8,000.00 | |
| 3% of gross deducted from Claimant Net | | $3,000.00 | |
| 5% of gross deducted from Attorney's Fees | | $5,000.00 | |
| **LESS ATTORNEY'S FEES (40%)** | | | $40,000.00 |
| -5% of gross deducted from Attorney's Fees | | $5,000.00 | |
| **LESS ATTORNEY'S FEES (40%)**- ATTORNEY PORTION OF ASSESSMENT | | $35,000.00 | |
| Fibich Leebron Copeland Briggs | 55.00% | $19,250.00 | |
| Aaronson & Rash | 45.00% | $15,750.00 | |
| **LESS CASE SPECIFIC FILE EXPENSES** | | | $1,327.94 |
| **LESS 3% ASSESSMENT TO MDL [CLIENT PORTION]** | | | $3,000.00 |
| **FINAL PRIVATE INSURANCE-AmeriGroup (Anthem BCBS/Wellpoint)** | | | $0.00 |
| **FINAL PRIVATE INSURANCE-United Healthcare (PLRP)** | | | $0.00 |
| **NET AWARD TO PLAINTIFF** | | | <u>$55,672.06</u> |

### *CASE SPECIFIC CLIENT EXPENSES*

| | |
|---|---|
| Medical Records | $44.64 |
| Postage | $2.30 |
| Filing Fees | $95.00 |
| Consultant-Medical Review | $45.00 |
| Expense for Lien Verification (Archer)* | $175.00 |
| Expenses for Bankruptcy Resolution (Archer) | $700.00 |
| Expense for Settlement Administration (Rubris) | $125.00 |
| Expense For Qualified Funds Administrator (Milestone) | $75.00 |
| Expense for Settlement Ethicist | $66.00 |

*Lien Verification is requirement of MSA

**CLIENT TOTAL CASE SPECIFIC EXPENSES:** $1,327.94