**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

In re: SANTOS, DIANA LIN § Case No. 13-32879
§
    Diana Lin Smith; §
Debtor(s) Diana Lin Snavely-Smith §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

    1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 07, 2013. The undersigned trustee was appointed on October 07, 2013.

    2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

    3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

    4. The trustee realized the gross receipts of      $      102,216.55

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 1,364.65 |
| Administrative expenses | 45,149.84 |
| Bank service fees | 134.07 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 55,567.99 |

The remaining funds are available for distribution.

    5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 03/05/2014 and the deadline for filing governmental claims was 04/07/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $8,360.83. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $554.14 as interim compensation and now requests the sum of $7,806.69, for a total compensation of $8,360.83.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $59.76 and now requests reimbursement for expenses of $157.40, for total expenses of $217.16.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/20/2022     By: /s/Jacqueline Sells Homann
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-32879  **Trustee:** (340490) Jacqueline Sells Homann
**Case Name:** SANTOS, DIANA LIN  **Filed (f) or Converted (c):** 10/07/13 (f)
  **§341(a) Meeting Date:** 11/13/13
**Period Ending:** 07/20/22  **Claims Bar Date:** 03/05/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Checking Account: 6362, Roger M Santos Jr | 228.00 | 0.00 | | 0.00 | FA |
| 2  Savings Account: 3033, Roger M Santos Jr | 0.06 | 0.00 | | 0.00 | FA |
| 3  Furniture: Sofa and loveseat, sectional, dining | 1,500.00 | 0.00 | | 0.00 | FA |
| 4  Appliances: Microwave, Refrigerator, Blender, Co | 1,200.00 | 0.00 | | 0.00 | FA |
| 5  Household: Dishes, Glasses, Bakeware, silverware | 200.00 | 0.00 | | 0.00 | FA |
| 6  Audio-Video: 2 Televisions | 600.00 | 0.00 | | 0.00 | FA |
| 7  Office: Desk | 35.00 | 0.00 | | 0.00 | FA |
| 8  Security Deposit: Security Deposit Held By Landl | 700.00 | 0.00 | | 0.00 | FA |
| 9  COMPUTER | 100.00 | 0.00 | | 0.00 | FA |
| 10  Books-Music: DVD's | 40.00 | 0.00 | | 0.00 | FA |
| 11  Clothes: Work clothes, casual clothes, kids clot | 300.00 | 0.00 | | 0.00 | FA |
| 12  Jewelry: Wedding rings, engagement ring | 1,200.00 | 0.00 | | 0.00 | FA |
| 13  2013 EIC      EXEMPT ALL | Unknown | 0.00 | | 0.00 | FA |
| 14  Auto: 1999 Pontiac Montana 189,000 miles Fair co | 2,740.00 | 0.00 | | 0.00 | FA |
| 15  Auto: 1998 Chevrolet Suburban 190,000 miles Fair | 1,415.00 | 0.00 | | 0.00 | FA |
| 16  Animals: 7 year old male boxer | 150.00 | 0.00 | | 0.00 | FA |
| 17  2013 TAX REFUND  (u)      EIC ALL EXEMPT | 2,216.55 | 2,216.55 | | 2,216.55 | FA |
| 18  PRODUCT LIABILITY SETTLEMENT - PI CLAIM  (u) | 25,000.00 | 25,000.00 | | 100,000.00 | FA |
| **18  Assets  Totals** (Excluding unknown values) | **$37,624.61** | **$27,216.55** | | **$102,216.55** | **$0.00** |

**Major Activities Affecting Case Closing:**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-32879  **Trustee:** (340490) Jacqueline Sells Homann
**Case Name:** SANTOS, DIANA LIN  **Filed (f) or Converted (c):** 10/07/13 (f)
  **§341(a) Meeting Date:** 11/13/13
**Period Ending:** 07/20/22  **Claims Bar Date:** 03/05/14

| 1<br>**Asset Description**<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>**Petition/**<br>**Unscheduled**<br>**Values** | 3<br>**Estimated Net Value**<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>**Property**<br>**Abandoned**<br>OA=§554(a) | 5<br>**Sale/Funds**<br>**Received by**<br>**the Estate** | 6<br>**Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** October 7, 2015  **Current Projected Date Of Final Report (TFR):** May 10, 2023

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 13-32879  
**Case Name:** SANTOS, DIANA LIN  

**Taxpayer ID #:** **-***9356  
**Period Ending:** 07/20/22  

**Trustee:** Jacqueline Sells Homann (340490)  
**Bank Name:** Mechanics Bank  
**Account:** ******2666 - Checking Account  
**Blanket Bond:** $22,684,758.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/12/14 | {17} | Diana Santos | 2013 tax refund | 1224-000 | 2,216.55 | | 2,216.55 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,206.55 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,196.55 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,186.55 |
| 02/23/15 | 101 | Jacqueline Sells Homann | Dividend paid 100.00% on $208.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 208.00 | 1,978.55 |
| 02/23/15 | 102 | Indiana Department of Revenue | Dividend paid 7.21% on $18,923.50; Claim# 7P; Filed: $23,523.50; Reference: | 5800-000 | | 1,364.65 | 613.90 |
| 02/23/15 | 103 | Jacqueline Sells Homann | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 613.90 | 0.00 |
| | | | Dividend paid 100.00%    554.14 on $554.14; Claim# ; Filed: $554.14 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%    59.76 on $59.76; Claim# ; Filed: $59.76 | 2200-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 2,216.55 | 2,216.55 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 2,216.55 | 2,216.55 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$2,216.55** | **$2,216.55** | |

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 13-32879  
**Case Name:** SANTOS, DIANA LIN  

**Taxpayer ID #:** **-***9356  
**Period Ending:** 07/20/22  

**Trustee:** Jacqueline Sells Homann (340490)  
**Bank Name:** Metropolitan Commercial Bank  
**Account:** ******5565 - Checking Account  
**Blanket Bond:** $22,684,758.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 05/24/22 | | Fibich Lebron Copeland & Briggs | Essure Settlement | | | 55,672.06 | | 55,672.06 |
| | {18} | | Gross settlement | 100,000.00 | 1242-000 | | | 55,672.06 |
| | | | court ordered assessment | -8,000.00 | 3220-610 | | | 55,672.06 |
| | | | Fibich Leebron Copeland and Briggs | -19,250.00 | 3210-600 | | | 55,672.06 |
| | | | Aaronson & Rash | -15,750.00 | 3210-000 | | | 55,672.06 |
| | | | Case specific file expenses | -1,327.94 | 3220-610 | | | 55,672.06 |
| 05/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | | 2600-000 | | 5.94 | 55,666.12 |
| 06/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | | 2600-000 | | 98.13 | 55,567.99 |
| | | | **ACCOUNT TOTALS** | | | 55,672.06 | 104.07 | **$55,567.99** |
| | | | Less: Bank Transfers | | | 0.00 | 0.00 | |
| | | | **Subtotal** | | | 55,672.06 | 104.07 | |
| | | | Less: Payments to Debtors | | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | | **$55,672.06** | **$104.07** | |

| | Net Receipts : | 57,888.61 |
|---|---|---|
| | Plus Gross Adjustments : | 44,327.94 |
| | Net Estate : | $102,216.55 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******2666** | 2,216.55 | 2,216.55 | 0.00 |
| **Checking # ******5565** | 55,672.06 | 104.07 | 55,567.99 |
| | $57,888.61 | $2,320.62 | $55,567.99 |

{} Asset reference(s)

## Case: 13-32879    SANTOS, DIANA LIN

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 10/07/13 | 200 | Jacqueline Sells Homann<br>600 KeyBank Building<br>202 S. Michigan<br>South Bend, IN 46601<br>&lt;2200-00   Trustee Expenses&gt;<br>Approved per Court Order dated 6/29/22 | 217.16 | 217.16 | 59.76 | 157.40 | 157.40 |
| | 10/07/13 | 200 | Jacqueline Sells Homann<br>600 KeyBank Building<br>202 S. Michigan<br>South Bend, IN 46601<br>&lt;2100-00   Trustee Compensation&gt;<br>Approved per Court Order dated 6/29/22 | 8,360.83 | 8,360.83 | 554.14 | 7,806.69 | 7,806.69 |
| | 10/07/13 | 200 | Jacqueline Sells Homann<br>202 S. Michigan<br>South Bend, IN 46601<br>&lt;3110-00   Attorney for Trustee Fees (Trustee Firm)&gt;<br>Approved per Court Order dated 12/19/14 | 208.00 | 208.00 | 208.00 | 0.00 | 0.00 |
| | 10/07/13 | 200 | Bankruptcy Court Clerk<br>401 S. Michigan Street<br>South Bend, IN 46601<br>&lt;2700-00   Clerk of the Court Costs&gt;<br>Fee deferred per 5/10/21 Order | 260.00 | 260.00 | 0.00 | 260.00 | 260.00 |
| | | | **Total for Priority 200:   100% Paid** | **$9,045.99** | **$9,045.99** | **$821.90** | **$8,224.09** | **$8,224.09** |
| | | | **Total for Admin Ch. 7 Claims:** | **$9,045.99** | **$9,045.99** | **$821.90** | **$8,224.09** | **$8,224.09** |
| **Priority Claims:** | | | | | | | | |
| 7P | 12/20/13 | 570 | Indiana Department of Revenue<br>Bankruptcy Section<br>100 N. Senate Avenue RM N240<br>Indianapolis, IN 46204<br>&lt;5800-00   Claims of Governmental Units - §507(a)(8)&gt;<br>5602 | 23,523.50 | 18,923.50 | 1,364.65 | 17,558.85 | 17,558.85 |
| | | | **Priority 570:   100% Paid** | | | | | |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 12/05/13 | 610 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt;<br>6936 - Washington Mutual Bank | 2,322.22 | 2,322.22 | 0.00 | 2,322.22 | 1,163.52 |

### Case: 13-32879   SANTOS, DIANA LIN

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 2 | 12/05/13 | 610 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601<br><7100-00   General Unsecured § 726(a)(2)><br>5906 - Holiday Group | 325.00 | 325.00 | 0.00 | 325.00 | 162.84 |
| 3 | 12/06/13 | 610 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788<br><7100-00   General Unsecured § 726(a)(2)><br>8219 - Applied Card Systems Inc. | 1,246.93 | 1,246.93 | 0.00 | 1,246.93 | 624.76 |
| 4 | 12/16/13 | 610 | Rjm Acquisitions Llc<br>575 Underhill Blvd, Suite 224<br>Syosset, NY 11791<br><7100-00   General Unsecured § 726(a)(2)><br>0759 - Doubleday Book Club | 85.42 | 85.42 | 0.00 | 85.42 | 42.80 |
| 5 | 12/13/13 | 610 | Collection Service of Gohsen<br>PO Box 584<br>Goshen, IN 46527<br><7100-00   General Unsecured § 726(a)(2)><br>Orange Door Dental/ Dr. Willig | 108.34 | 108.34 | 0.00 | 108.34 | 54.28 |
| 6 | 12/20/13 | 610 | LL Receivables Company<br>50 S. Meridian Street, #605<br>Indianapolis, IN 46204<br><7100-00   General Unsecured § 726(a)(2)><br>5046 | 1,936.32 | 1,936.32 | 0.00 | 1,936.32 | 970.17 |
| 8 | 01/22/14 | 610 | Sallie Mae Inc. on behalf of<br>Department of Education<br>P.O. Box 740351<br>Atlanta, GA 30374-0351<br><7100-00   General Unsecured § 726(a)(2)><br>5707 | 51,954.88 | 51,954.88 | 0.00 | 51,954.88 | 26,031.27 |
| 9 | 01/16/14 | 610 | General Credit Services, Inc.<br>PO box 749<br>Carmel, IN 46082-0749<br><7100-00   General Unsecured § 726(a)(2)><br>3298 - City Optical | 168.94 | 168.94 | 0.00 | 168.94 | 84.65 |
| 10 | 01/23/14 | 610 | Jefferson Capital Systems LLC<br>PO Box 953185<br>St Louis, MO 63195-3185<br><7100-00   General Unsecured § 726(a)(2)><br>5442 - Bank of America, RJM Acquisitions | 497.61 | 497.61 | 0.00 | 497.61 | 249.32 |
| 11 | 03/04/14 | 610 | Business and Professional Services, Inc.<br>c/o Butler & Sellers, P.C.<br>400 West High Street<br>Elkhart, IN 46516<br><7100-00   General Unsecured § 726(a)(2)><br>5707, 7965, 7168 - Peter Delnecky (550.63) or Elkhart Emergency Physicians ($250.58) | 801.21 | 801.21 | 0.00 | 801.21 | 401.44 |

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| NOTFILED | 10/07/13 | 610 | Anthem BCBS IN Individual<br>1351 Wm Howard Taft<br>Cincinnati, OH 45206<br>&lt;7100-00　General Unsecured § 726(a)(2)&gt; | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 10/07/13 | 610 | Bahama Marketing Group<br>PO Box 94<br>Bayville, NJ 08721<br>&lt;7100-00　General Unsecured § 726(a)(2)&gt; | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 10/07/13 | 610 | Brighthouse Networks<br>4200 International Parkway<br>Carrollton, TX 75007<br>&lt;7100-00　General Unsecured § 726(a)(2)&gt; | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 10/07/13 | 610 | Bureau Of Collection R<br>Attention: Bankruptcy<br>7575 Corporate Way<br>Eden Prairie, MN 55344<br>&lt;7100-00　General Unsecured § 726(a)(2)&gt; | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 10/07/13 | 610 | Collection Service of Goshen<br>308 S Main St<br>PO Box 584<br>Goshen, IN 46526<br>&lt;7100-00　General Unsecured § 726(a)(2)&gt; | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 10/07/13 | 610 | Comcast<br>PO Box 3002<br>Southeastern, PA 19398<br>&lt;7100-00　General Unsecured § 726(a)(2)&gt; | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 10/07/13 | 610 | Credit Management Lp<br>4200 International Pkwy<br>Carrollton, TX 75007<br>&lt;7100-00　General Unsecured § 726(a)(2)&gt; | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 10/07/13 | 610 | Helvey & Associates<br>1015 E Center St<br>Warsaw, IN 46580<br>&lt;7100-00　General Unsecured § 726(a)(2)&gt; | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 10/07/13 | 610 | LL RECEIVABLES<br>125 W SOUTH ST<br>Indianapolis, IN 46206<br>&lt;7100-00　General Unsecured § 726(a)(2)&gt; | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 10/07/13 | 610 | LVNV Funding LLC<br>625 Pilot Rd<br>Suite 2/3<br>Las Vegas, NV 89119<br>&lt;7100-00　General Unsecured § 726(a)(2)&gt; | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 10/07/13 | 610 | Quality Paperback Book Club<br>1271 Avenue of the Americas<br>New York, NY 10020<br>&lt;7100-00　General Unsecured § 726(a)(2)&gt; | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| NOTFILED | 10/07/13 | 610 | Rjm Acq Llc<br>575 Underhill Blvd Suite 224<br>Syosset, NY 11791<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 10/07/13 | 610 | Rjm Acq Llc<br>575 Underhill Blvd.<br>Suite 224<br>Syosset, NY 11791<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 10/07/13 | 610 | double day book club<br>PO Box 916400<br>Rantoul, IL 61866<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 10/07/13 | 610 | Us Dept Of Education<br>Attn: Bankruptcy<br>Po Box 16448<br>Saint Paul, MN 55116<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 10/07/13 | 610 | Us Dept Of Education<br>Attn: Bankruptcy<br>Po Box 16448<br>Saint Paul, MN 55116<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 10/07/13 | 610 | Us Dept Of Education<br>Attn: Bankruptcy<br>Po Box 16448<br>Saint Paul, MN 55116<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 10/07/13 | 610 | Us Dept Of Education<br>Attn: Bankruptcy<br>Po Box 16448<br>Saint Paul, MN 55116<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 10/07/13 | 610 | Us Dept Of Education<br>Attn: Bankruptcy<br>Po Box 16448<br>Saint Paul, MN 55116<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 10/07/13 | 610 | Us Dept Of Education<br>Attn: Bankruptcy<br>Po Box 16448<br>Saint Paul, MN 55116<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 10/07/13 | 610 | Us Dept Of Education<br>Attn: Bankruptcy<br>Po Box 16448<br>Saint Paul, MN 55116<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

## Case: 13-32879    SANTOS, DIANA LIN

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| NOTFILED | 10/07/13 | 610 | Us Dept Of Education<br>Attn: Bankruptcy<br>Po Box 16448<br>Saint Paul, MN 55116<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 10/07/13 | 610 | Us Dept Of Education<br>Attn: Bankruptcy<br>Po Box 16448<br>Saint Paul, MN 55116<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 10/07/13 | 610 | Us Dept Of Education<br>Attn: Bankruptcy<br>Po Box 16448<br>Saint Paul, MN 55116<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | **Total for Priority 610:   50.10365% Paid** | **$59,446.87** | **$59,446.87** | **$0.00** | **$59,446.87** | **$29,785.05** |
| 7U | 12/20/13 | 630 | Indiana Department of Revenue<br>Bankruptcy Section<br>100 N. Senate Avenue RM N240<br>Indianapolis, IN 46204<br>&lt;7300-00   Fines, Penalties § 726(a)(4)&gt; | 60.00 | 4,660.00 | 0.00 | 4,660.00 | 0.00 |
| | | | **Priority 630:   0% Paid** | | | | | |
| | | | **Total for Unsecured Claims:** | **$59,506.87** | **$64,106.87** | **$0.00** | **$64,106.87** | **$29,785.05** |
| | | | **Total for Case :** | **$92,076.36** | **$92,076.36** | **$2,186.55** | **$89,889.81** | **$55,567.99** |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-32879
Case Name: SANTOS, DIANA LIN
Trustee Name: Jacqueline Sells Homann

**Balance on hand:** $ 55,567.99

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 55,567.99

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Jacqueline Sells Homann | 8,360.83 | 554.14 | 7,806.69 |
| Trustee, Expenses - Jacqueline Sells Homann | 217.16 | 59.76 | 157.40 |
| Charges, U.S. Bankruptcy Court | 260.00 | 0.00 | 260.00 |

Total to be paid for chapter 7 administration expenses: $ 8,224.09
Remaining balance: $ 47,343.90

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 47,343.90

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $18,923.50 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7P | Indiana Department of Revenue | 18,923.50 | 1,364.65 | 17,558.85 |

**UST Form 101-7-TFR (05/1/2011)**

|   | Total to be paid for priority claims: | $ | 17,558.85 |
|---|---|---|---|
|   | Remaining balance: | $ | 29,785.05 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 59,446.87 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 50.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC | 2,322.22 | 0.00 | 1,163.52 |
| 2 | Atlas Acquisitions LLC | 325.00 | 0.00 | 162.84 |
| 3 | Quantum3 Group LLC as agent for | 1,246.93 | 0.00 | 624.76 |
| 4 | Rjm Acquisitions Llc | 85.42 | 0.00 | 42.80 |
| 5 | Collection Service of Gohsen | 108.34 | 0.00 | 54.28 |
| 6 | LL Receivables Company | 1,936.32 | 0.00 | 970.17 |
| 8 | Sallie Mae Inc. on behalf of | 51,954.88 | 0.00 | 26,031.27 |
| 9 | General Credit Services, Inc. | 168.94 | 0.00 | 84.65 |
| 10 | Jefferson Capital Systems LLC | 497.61 | 0.00 | 249.32 |
| 11 | Business and Professional Services, Inc. | 801.21 | 0.00 | 401.44 |

|   | Total to be paid for timely general unsecured claims: | $ | 29,785.05 |
|---|---|---|---|
|   | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|   | None |   |   |   |

|   | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|   | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 4,660.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 7U | Indiana Department of Revenue | 4,660.00 | 0.00 | 0.00 |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**